# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NICOLE DE ANDA and**
**ELI DE ANDA,**

    **Plaintiffs,**

v.                                   **CASE NO.:**

**NAVIENT SOLUTIONS, INC.,**

    **Defendant.**
_____/

## NOTICE OF REMOVAL

Defendant Navient Solutions, Inc. ("NSI"), through undersigned counsel, notices the removal of the civil action bearing case number 15-CA-008005 on the docket of the Thirteenth Judicial Circuit Court, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida—Tampa Division. This Court has jurisdiction over the principal claims under 28 U.S.C. § 1331, federal question jurisdiction, and supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367. The grounds for removal are as follows:

### I.

Plaintiffs commenced their civil action by filing a Complaint in State Court on or about September 1, 2015. The Complaint was served on NSI on September 4, 2015. Plaintiffs' Complaint alleges that NSI is liable to them for statutory and actual damages due to alleged violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and the Florida Consumer Collection Practices Act, §§ 559.55, *et seq.* ("FCCPA").

**II.**

This Court has jurisdiction over this civil action pursuant to 28 U.S.C.A. § 1331, as Plaintiffs' federal TCPA claims arises under the laws of the United States. *See Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 181 L.Ed. 2d 881 (2012). This Court should exercise supplemental jurisdiction over the state law claims as they are based on the same telephone calls as the TCPA claims such that the state law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the U.S. Constitution.

**III.**

Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) as this Notice of Removal is being filed within thirty (30) days of service of Plaintiffs' Complaint upon NSI.

**IV.**

Pursuant to 28 U.S.C. §1446(a) and the local rules of court, copies of all process, pleadings, and orders served upon Defendant are being separately filed with this Notice of Removal.

**V.**

Concurrent with the filing of this Notice of Removal, notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida.

WHEREFORE, Defendant Navient Solutions, Inc. gives notice that the proceeding bearing case number 15-CA-008005 on the docket of the Thirteenth Judicial Circuit Court, in and for Hillsborough County, Florida, entitled *Nicole De Anda and Eli De Anda v. Navient Solutions, Inc.* is removed therefrom to the docket of this Court for determination as provided by law. Defendant prays that this Court enter such orders and issues such processes as may be

proper to bring before it a copy of all related records and proceedings in the State Court and there upon proceed with this civil action as if it had originally commenced in this Court.

                                        Respectfully Submitted,

                                        */s/ Scott P. Yount*
                                        Scott P. Yount, FBN: 21352
                                        Maria T. Palacios, FBN: 89187
                                        Garrison, Yount, Forte & Mulcahy, L.L.C.
                                        601 Bayshore Boulevard, Suite 800
                                        Tampa, Florida 33606
                                        Phone: 813-275-0404
                                        Fax: 813-275-0304
                                        E-mail: syount@garrisonyount.com
                                        E-mail: mpalacios@garrisonyount.com
                                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via E-mail to: Christie D. Arkovich, Esq. and Barbara C. Leon, Esq., counsel for Plaintiffs, this 24th day of September, 2015.

                                        */s/ Scott P. Yount*
                                        Scott P. Yount, FBN: 21352