UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE DE ANDA and ELI DE ANDA,

    Plaintiffs,

v.    Case No: 8:15-cv-2232-T-30MAP

NAVIENT SOLUTIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #31).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of September, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record